# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

ROSPOND, ROBERT M.
ROSPOND, AGNIESZKA

Case No. 10-43963

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/29/2012 in Courtroom 4016,

DuPage County Courthouse
505 North County Farm Road
Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ROSPOND, ROBERT M. § Case No. 10-43963
ROSPOND, AGNIESZKA §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 47,000.00 |
| and approved disbursements of | $ | 33,607.66 |
| leaving a balance on hand of[1] | $ | 13,392.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 5,450.00 | $ 0.00 | $ 5,450.00 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 4,503.00 | $ 0.00 | $ 4,503.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 9,953.00 |
| Remaining Balance | | $ | 3,439.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 161,062.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Atlas Acquisitions LLC | $ 11,452.15 | $ 0.00 | $ 244.55 |
| 000003 | American InfoSource LP as agent for | $ 5,922.62 | $ 0.00 | $ 126.47 |
| 000004 | Discover Bank | $ 14,503.09 | $ 0.00 | $ 309.70 |
| 000005 | Discover Bank | $ 10,376.42 | $ 0.00 | $ 221.58 |
| 000007 | FIA CARD SERVICES, N.A. | $ 17,090.99 | $ 0.00 | $ 364.96 |
| 000008 | FIA CARD SERVICES, N.A. | $ 20,409.33 | $ 0.00 | $ 435.82 |
| 000009 | FIA CARD SERVICES, N.A. | $ 10,119.84 | $ 0.00 | $ 216.10 |
| 000010 | Chase Bank USA, N.A. | $ 2,634.00 | $ 0.00 | $ 56.25 |
| 000011 | Capital Recovery IV LLC | $ 11,628.87 | $ 0.00 | $ 248.32 |
| 000012 | Nelnet | $ 48,731.22 | $ 0.00 | $ 1,040.61 |
| 000013 | Sallie Mae | $ 4,577.21 | $ 0.00 | $ 97.75 |
| 000014 | GE Capital Retail Bank | $ 378.18 | $ 0.00 | $ 8.08 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | GE Capital Retail Bank | $ 3,238.43 | $ 0.00 | $ 69.15 |

Total to be paid to timely general unsecured creditors       $ 3,439.34

Remaining Balance       $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
David R. Brown, Trustee

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                           Case No. 10-43963-DRC
Robert M. Rospond                                                Chapter 7
Agnieszka Rospond
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 3                   Date Rcvd: Jun 06, 2012
                              Form ID: pdf006             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2012.
db/jdb        +Robert M. Rospond,    Agnieszka Rospond,    503 N. Rohlwing Rd.,    Addison, IL 60101-1823
16214497       Advanced Call Center Technologies,    P.O. Box 9091,    Gray, TN 37615-9091
16214499       Bank of America,   c/o Sunrise Credit Services Inc.,    P.O. Box 9100,
                Farmingdale, NY 11735-9100
16214500      +Bank of America/CACH, LLC,    c/o John C. Bonewicz, P.C.,    8001 N. Lincoln Ave. Suite 402,
                Skokie, IL 60077-3657
16214501      +Bank of Mauston,   PO Box 226,    Mauston, WI 53948-0226
17728908       Chase Bank USA, N.A.,   PO Box 15145,    Wilmington, DE 19850-5145
16214503       Chase Bank USA/WAMU,   c/o National Enterprise Systems,    29125 Solon Rd.,    Solon, OH 44139-3442
16214504       Chase Card Services/TJX,    P.O. Box 15325,   Wilmington, DE 19886-5325
16214505      +Chase Home Finance,   P.O. Box 24696,    Columbus, OH 43224-0696
16214506      +Children's Surgical Foundation,    c/o Dependon Collection Service,    P.O. Box 4833,
                Oak Brook, IL 60522-4833
16214507       Citibank S.D.,   c/o Blatt Hasenmiller Leibsker,    125 S. Wacker Dr. Suite 400,
                Chicago, IL 60606-4440
16214508       Citibank S.D. (Citi Health Card),    c/o ACB American Inc.,    P.O. Box 177,
                Cincinnati, OH 45201-0177
16214509      +Citibank S.D., N.A.,   c/o Blatt Hasenmiller Leibsker,    125 S. Wacker Dr. #400,
                Chicago, IL 60606-4440
16214510      +Delaware Place Bank,    P.O. Box 9328,   Lombard, IL 60148-9328
17677827      +Delaware Place Bank,    190 E. Delaware Place,   Chicago, IL 60611-1814
16214511      +Dept. Stores National Bank/Macy's,    Bankruptcy Processing,    P.O. Box 8053,
                Mason, OH 45040-8053
16214513       Encore Receivable Management,    P.O. Box 1880,   Southgate, MI 48195-0880
17686910       FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102
16214518       HSBC Retail Services/Carson's,    P.O. Box 17264,   Baltimore, MD 21297-1264
16214514      +Harris Bank - Chicago,    200 W. Monroe St.,   19th Floor,    Chicago, IL 60606-5072
16214515       Harris N.A.,   c/o Jay K. Levy & Assoc.,    155 Revere Dr., Suite 2,    Northbrook, IL 60062-1558
16214517       Home Depot Credit Services,    Processing Center,   Des Moines, IA 50364-0500
16214520      +Meyer & Njus,   1100 U.S. Bank Plaza,    200 S. 6th St.,    Minneapolis, MN 55402-1403
16214522       Quest Diagnostics,   P.O. Box 809403,    Chicago, IL 60680-9403
16214525      +Target National Bank,    P.O. Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17667579       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 07 2012 06:07:22
                American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK 73124-8866
16760648      +E-mail/Text: bnc@atlasacq.com Jun 07 2012 03:02:02      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
16214502       E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 07 2012 02:40:16      C.C.S.,
                Payment Processing Center 27,    P.O. Box 55126,   Boston, MA 02205-5126
17751456       E-mail/PDF: rmscedi@recoverycorp.com Jun 07 2012 06:08:26      Capital Recovery IV LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16214512       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 07 2012 05:18:13      Discover,   P.O. Box 6103,
                Carol Stream, IL 60197-6103
17667807       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 07 2012 05:18:13      Discover Bank,
                Discover Products Inc.,    PO Box 3025,   New Albany, OH 43054-3025
17906248       E-mail/PDF: rmscedi@recoverycorp.com Jun 07 2012 05:58:21      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16214516      +E-mail/Text: BKNOTICES@EAFLLC.COM Jun 07 2012 03:04:47      Hilco Receivables,    5 Revere Dr.,
                Northbrook, IL 60062-1566
16214519       E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2012 05:07:51      Lord and Taylor/GEMB,
                P.O. Box 960035,   Orlando, FL 32896-0035
17787862      +E-mail/Text: electronicbkydocs@nelnet.net Jun 07 2012 03:50:33      Nelnet,
                3015 South Parker Road Suite 400,    Aurora CO 80014-2904
16214521       E-mail/Text: electronicbkydocs@nelnet.net Jun 07 2012 03:50:33      Nelnet,   P.O. Box 2877,
                Omaha, NE 68103-2877
17825999      +E-mail/PDF: pa_dc_claims@salliemae.com Jun 07 2012 06:38:44      Sallie Mae,    c/o Sallie Mae Inc.,
                220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
16214523       E-mail/PDF: pa_dc_claims@salliemae.com Jun 07 2012 06:59:18      Sallie Mae Servicing,
                P.O. Box 9532,   Wilkes Barre, PA 18773-9532
16214524       E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2012 05:07:51      Sam's Club/GEMB,    P.O. Box 530942,
                Atlanta, GA 30353-0942
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16214498     ##Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1            User: pseamann              Page 2 of 3                   Date Rcvd: Jun 06, 2012
                                Form ID: pdf006             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 08, 2012**                        **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1          User: pseamann              Page 3 of 3                  Date Rcvd: Jun 06, 2012
                              Form ID: pdf006             Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2012 at the address(es) listed below:

        David R Brown   on behalf of Trustee David Brown dbrown@springerbrown.com, marigonzo@springerbrown.com;jill@springerbrown.com

        David R Brown   dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com

        Josephine J Miceli   on behalf of Creditor   U.S. Bank National Association, as Trustee jmiceli@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com

        Nicole K Fishkin   on behalf of Trustee David Brown nfishkin@otrlaw.com

        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        Robert N Honig   on behalf of Debtor Robert Rospond rnhonig@suburbanbankruptcy.com

        TOTAL: 6