UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
ROSPOND, ROBERT M.                    §    Case No. 10-43963
ROSPOND, AGNIESZKA                    §
                                      §
                                      §
       Debtor(s)                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DAVID R. BROWN_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of Mauston 503 State Rd 182 Mauston, WI 53948 |  |  |  |  |  |
|  | Chase Home Finance P.O. Box 24696 Columbus, OH 43224-4696 |  |  |  |  |  |
|  | Delaware Place Bank P.O. Box 9328 Lombard, IL 60148 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Bank - Chicago 200 W. Monroe St. 19th Floor Chicago, IL 60606 | | | | | |
| 000001 | BANK OF MAUSTON | | | | | |
| | BANK OF MAUSTON | | | | | |
| 000006 | DELAWARE PLACE BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ADAMS COUNTY COLLECTOR | | | | | |
| ADAMS COUNTY LAND TITLE | | | | | |
| ADAMS COUNTY REGISTER OF DEEDS | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| SPRINGER, BROWN | | | | | |
| OFFICE, WOOD LAW | | | | | |
| RALTY, PAVELEC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America c/o Sunrise Credit Services Inc. P.O. Box 9100 Farmingdale, NY 11735-9100 | | | | | |
| | Bank of America/CACH, LLC c/o John C. Bonewicz, P.C. 8001 N. Lincoln Ave. Suite 402 Skokie, IL 60077 | | | | | |
| | Chase Bank USA/WAMU c/o National Enterprise Systems 29125 Solon Rd. Solon, OH 44139-3442 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Services/TJX P.O. Box 15325 Wilmington, DE 19886-5325 | | | | | |
| | Children's Surgical Foundation c/o Dependon Collection Service P.O. Box 4833 Oak Brook, IL 60523-4833 | | | | | |
| | Citibank S.D. (Citi Health Card) c/o ACB American Inc. P.O. Box 177 Cincinnati, OH 45201-0177 | | | | | |
| | Citibank S.D. c/o Blatt Hasenmiller Leibsker 125 S. Wacker Dr. Suite 400 Chicago, IL 60606-4440 | | | | | |
| | Citibank S.D., N.A. c/o Blatt Hasenmiller Leibsker 125 S. Wacker Dr. #400 Chicago, IL 60606 | | | | | |
| | Dept. Stores National Bank/Macy's Bankruptcy Processing P.O. Box 8053 Mason, OH 45040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover P.O. Box 6103 Carol Stream, IL 60197-6103 | | | | | |
| | Discover P.O. Box 6103 Carol Stream, IL 60197-6103 | | | | | |
| | HSBC Retail Services/Carson's P.O. Box 17264 Baltimore, MD 21297-1264 | | | | | |
| | Harris N.A. c/o Jay K. Levy & Assoc. 155 Revere Dr., Suite 2 Northbrook, IL 60062-1558 | | | | | |
| | Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | | | | | |
| | Lord and Taylor/GEMB P.O. Box 960035 Orlando, FL 32896-0035 | | | | | |
| | Nelnet P.O. Box 2877 Omaha, NE 68103-2877 | | | | | |
| | Quest Diagnostics P.O. Box 809403 Chicago, IL 60680-9403 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae Servicing P.O. Box 9532 Wilkes Barre, PA 18773-9532 | | | | | |
| | Sam's Club/GEMB P.O. Box 530942 Atlanta, GA 30353-0942 | | | | | |
| | Target National Bank P.O. Box 673 Minneapolis, MN 55440 | | | | | |
| 000012 | NELNET | | | | | |
| 000013 | SALLIE MAE | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC | | | | | |
| 000011 | CAPITAL RECOVERY IV LLC | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000005 | DISCOVER BANK | | | | | |
| 000007 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | FIA CARD SERVICES, N.A. | | | | | |
| 000009 | FIA CARD SERVICES, N.A. | | | | | |
| 000014 | GE CAPITAL RETAIL BANK | | | | | |
| 000015 | GE CAPITAL RETAIL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-43963 DRC Judge: DONALD R CASSLING | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | ROSPOND, ROBERT M. | Date Filed (f) or Converted (c): | 09/30/10 (f) |
| | ROSPOND, AGNIESZKA | 341(a) Meeting Date: | 11/18/10 |
| For Period Ending: | 09/11/12 | Claims Bar Date: | 11/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence commonly known as 503 N. R | 248,000.00 | 0.00 | | 0.00 | FA |
| 2. Vacant Lot with Trailer 2800 County B Friendship, | 60,000.00 | 34,257.58 | | 47,000.00 | FA |
| 3. Cash on Hand (approximate) | 50.00 | 0.00 | | 0.00 | FA |
| 4. Saving Acct. -0028 Bank of America Balance is appr | 4.04 | 0.00 | | 0.00 | FA |
| 5. Checking Acct. -9439 Bank of America Balance is ap | 104.30 | 0.00 | | 0.00 | FA |
| 6. Checking Accountk -0015 Bank of America Balance is | 0.00 | 0.00 | | 0.00 | FA |
| 7. Usual and typical household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Usual and typical wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 9. Rings and Chains | 500.00 | 0.00 | | 0.00 | FA |
| 10. 401k through Fidelity Balance is approximate Debtor Claimed Exemption | 9,225.58 | 0.00 | | 0.00 | FA |
| 11. 401k through Wells Fargo | 100.01 | 0.00 | | 0.00 | FA |
| 12. Settlement from Personal Injury case. anticipated Debtor Claimed Exemption | 15,000.00 | 0.00 | | 0.00 | FA |
| 13. Anticipated proceeds from Condemnation from IDOT ( | 21,500.00 | 21,500.00 | | 0.00 | FA |
| 14. 2003 Toyota Highlander | 8,000.00 | 0.00 | | 0.00 | FA |
| 15. 2003 Ford F150 | 3,700.00 | 3,700.00 | DA | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $367,433.93 | $59,457.58 | | $47,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

awaits claim review and objections

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 16.06d

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | | | |
|---|---|---|---|
| Case No: | 10-43963    DRC    Judge: DONALD R CASSLING | Trustee Name: | DAVID R. BROWN |
| Case Name: | ROSPOND, ROBERT M. | Date Filed (f) or Converted (c): | 09/30/10 (f) |
| | ROSPOND, AGNIESZKA | 341(a) Meeting Date: | 11/18/10 |
| | | Claims Bar Date: | 11/14/11 |

Initial Projected Date of Final Report (TFR): 06/15/12     Current Projected Date of Final Report (TFR): 06/15/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-43963 -DRC | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | ROSPOND, ROBERT M. | Bank Name: | Union Bank |
| | ROSPOND, AGNIESZKA | Account Number / CD #: | *******1507 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1005 | | |
| For Period Ending: | 09/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/11 | 2 | Troy J. Martin and Mary J. Martin<br>3983 Elaines Way<br>Slinger, Wisconsin 53086 | Sale of WI real estate | | 13,561.14 | | 13,561.14 |
| | | | Memo Amount: 47,000.00<br>Gross Sales price | 1110-000 | | | |
| | | ADAMS COUNTY LAND TITLE | Memo Amount: ( 391.00 )<br>title commitment and closing costs | 2500-000 | | | |
| | | RALTY, PAVELEC | Memo Amount: ( 4,700.00 )<br>Real Estate Commission | 3510-000 | | | |
| | | OFFICE, WOOD LAW | Memo Amount: ( 75.00 )<br>attorney fees | 3210-600 | | | |
| | | ADAMS COUNTY REGISTER OF DEEDS | Memo Amount: ( 141.00 )<br>recording fees | 2500-000 | | | |
| | | ADAMS COUNTY COLLECTOR | Memo Amount: ( 299.40 )<br>real estate tax prorations | 2500-000 | | | |
| | | BANK OF MAUSTON | Memo Amount: ( 27,832.46 )<br>Bank of Mauston | 4110-000 | | | |
| 10/19/11 | | Union Bank | bank charges | 2600-000 | | 31.96 | 13,529.18 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | 31.96 | 13,497.22 |
| 12/20/11 | | Union Bank | Bank Charges | 2600-000 | | 31.96 | 13,465.26 |
| 01/17/12 | | Union Bank | Bank Charges | 2600-000 | | 31.96 | 13,433.30 |
| 01/25/12 | | Union Bank | Bank Charges | 2600-000 | | 31.96 | 13,401.34 |
| 02/03/12 | | Transfer to Acct #*******3499 | Bank Funds Transfer | 9999-000 | | 13,401.34 | 0.00 |

Page Subtotals     13,561.14     13,561.14

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2                                                                                              Page: 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                       Exhibit 9

| Case No: | 10-43963 -DRC | | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|
| Case Name: | ROSPOND, ROBERT M. | | Bank Name: | Union Bank |
| | ROSPOND, AGNIESZKA | | Account Number / CD #: | *******1507  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1005 | | | |
| For Period Ending: | 09/11/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 47,000.00 | COLUMN TOTALS | | 13,561.14 | 13,561.14 | 0.00 |
| | | Memo Allocation Disbursements: | 33,438.86 |   Less: Bank Transfers/CD's | | 0.00 | 13,401.34 | |
| | | | | Subtotal | | 13,561.14 | 159.80 | |
| | | Memo Allocation Net: | 13,561.14 |   Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 13,561.14 | 159.80 | |

Page Subtotals                                                                        0.00           0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2                                                                                        Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                  Exhibit 9

| Case No: | 10-43963 -DRC | | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|
| Case Name: | ROSPOND, ROBERT M. | | Bank Name: | Congressional Bank |
| | ROSPOND, AGNIESZKA | | Account Number / CD #: | *******3499  Checking Account |
| Taxpayer ID No: | *******1005 | | | |
| For Period Ending: | 09/11/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/12 | | Transfer from Acct #*******1507 | Bank Funds Transfer | 9999-000 | 13,401.34 | | 13,401.34 |
| 02/10/12 | 001001 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Bond # 016026455 | 2300-000 | | 9.00 | 13,392.34 |
| 07/06/12 | 001002 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>SUITE 330<br>WHEATON, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 5,450.00 | 7,942.34 |
| 07/06/12 | 001003 | SPRINGER, BROWN, COVEY, GAERTNER<br>& DAVIS, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,503.00 | 3,439.34 |
| 07/06/12 | 001004 | Nelnet<br>3015 South Parker Road Suite 400<br>Aurora CO 80014 | Claim 000012, Payment 2.13541% | 7100-000 | | 1,040.61 | 2,398.73 |
| 07/06/12 | 001005 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000013, Payment 2.13558% | 7100-000 | | 97.75 | 2,300.98 |
| 07/06/12 | 001006 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000002, Payment 2.13541%g | 7100-900 | | 244.55 | 2,056.43 |
| 07/06/12 | 001007 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000003, Payment 2.13537% | 7100-900 | | 126.47 | 1,929.96 |
| 07/06/12 | 001008 | Discover Bank | Claim 000004, Payment 2.13541% | 7100-900 | | 309.70 | 1,620.26 |

Page Subtotals    13,401.34    11,781.08

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-43963 -DRC | | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- | --- |
| Case Name: | ROSPOND, ROBERT M. | | Bank Name: | Congressional Bank |
| | ROSPOND, AGNIESZKA | | Account Number / CD #: | *******3499 Checking Account |
| Taxpayer ID No: | *******1005 | | | |
| For Period Ending: | 09/11/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/06/12 | 001009 | Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025<br>Discover Bank | Claim 000005, Payment 2.13542% | 7100-900 | | 221.58 | 1,398.68 |
| 07/06/12 | 001010 | Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025<br>FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000007, Payment 2.13539% | 7100-900 | | 364.96 | 1,033.72 |
| 07/06/12 | 001011 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000008, Payment 2.13540% | 7100-900 | | 435.82 | 597.90 |
| 07/06/12 | 001012 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000009, Payment 2.13541% | 7100-900 | | 216.10 | 381.80 |
| 07/06/12 | 001013 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000010, Payment 2.13554% | 7100-900 | | 56.25 | 325.55 |
| 07/06/12 | 001014 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000011, Payment 2.13538%<br>(11-1) Chase Bank USA, N.A (WAMU) | 7100-900 | | 248.32 | 77.23 |
| 07/06/12 | 001015 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000014, Payment 2.13655%<br>(14-1) LORD & TAYLOR or GEMB | 7100-900 | | 8.08 | 69.15 |
| 07/06/12 | 001016 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120 | Claim 000015, Payment 2.13529%<br>(15-1) SAM'S CLUB or GEMB | 7100-900 | | 69.15 | 0.00 |

Page Subtotals     0.00     1,620.26

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-43963 -DRC |
| Case Name: | ROSPOND, ROBERT M. |
| | ROSPOND, AGNIESZKA |
| Taxpayer ID No: | *******1005 |
| For Period Ending: | 09/11/12 |

| | |
|---|---|
| Trustee Name: | DAVID R. BROWN |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3499 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami FL 33131-1605 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 13,401.34 | 13,401.34 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 13,401.34 | 0.00 | |
| | | | Subtotal | 0.00 | 13,401.34 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 13,401.34 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 47,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 33,438.86 | Money Market Account (Interest Earn - ********1507 | 13,561.14 | 159.80 | 0.00 |
| | | Checking Account - ********3499 | 0.00 | 13,401.34 | 0.00 |
| Total Memo Allocation Net: | 13,561.14 | | ---------------- | ---------------- | ---------------- |
| | | | 13,561.14 | 13,561.14 | 0.00 |
| | | | ========== | ========== | ========== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*